FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT STEVEN C. BARTNEK

**FILED**

DEC 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. COSTA, *et al*,<br><br>Defendants. | CASE NO. CR-02-20059 JF<br><br>[PROPOSED] ORDER<br>RE: STIPULATION FOR EARLY TERMINATION OF DEFENDANT STEVE C. BARTNEK'S SUPERVISED RELEASE<br><br>DATE: No Hearing Requested<br>TIME:<br>JUDGE: Duty Judge<br><br>Fed. R. Crim. P. 32.1; 18 U.S.C. 3583 (e)(1) |

The Court was presented with a Stipulation, pursuant to Fed. R. Crim. P. 32.1 and 18 U.S.C. 3583 (e)(1), by Defendant Steve C. Bartnek and Plaintiff. The Court having read and considered the Stipulation, hereby, orders that Defendant Steve C. Bartnek's remaining term of Supervised Release is terminated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 16 2011

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

CASE NO. CR-02-20059 JF                    -1-

ORDER RE: STIPULATION FOR EARLY TERMINATION OF DEFENDANT STEVE C. BARTNEK'S SUPERVISED RELEASE